■ In the Matter of JOEL S. MEDOWS, an Attorney.—Respondent's motion for reinstatement, denominated as one to lift the suspension, denied, and cross motion granted solely to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department to hear and report, all as indicated in the order of this court. Concur —Sandler, J. P., Carro, Asch, Fein and Rosenberger, JJ.

■ In the Matter of J. JAMES BAMBURY, Admitted as JOHN JAMES BAMBURY, an Attorney.—Respondent is suspended from practice as an attorney and counselor-at-law in the State of New York effective immediately and until the further order of this court. Concur—Kupferman, J. P., Sullivan, Ross, Rosenberger and Ellerin, JJ.